IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CARLOS FRANCISCO SANTANA MERO,** <br> **BOP Reg. # 77986-112,** <br><br> Movant, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | **MOTION TO VACATE** <br> **28 U.S.C. § 2255** <br><br> **CRIMINAL ACTION FILE** <br> **NO. 1:16-CR-228-MHC-AJB** <br><br> **CIVIL ACTION FILE** <br> **NO. 1:20-CV-1070-MHC** |

# ORDER

Movant Carlos Francisco Santana Mero, acting *pro se*, filed a motion to vacate, set aside, or correct an allegedly illegal sentence in accordance with 28 U.S.C. § 2255 [Doc. 42]. This matter is before the Court on the Final Report and Recommendation of the Magistrate Judge [Doc. 60] ("R&R") recommending that the Government's Motion to Dismiss [Doc. 54] be granted, that the Motion to Vacate be dismissed without prejudice, that a certificate of appealability be denied, and that Civil Action No. 1:20-CV-1070-MHC-AJB be dismissed without prejudice. The Order for Service of the R&R [Doc. 61] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file

objections within fourteen (14) days of the receipt of that Order.  No objections have been filed to the R&R.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1).  Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no plain error and that the R&R is supported by law.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 60] as the judgment of the Court.  It is hereby **ORDERED** that: (1) the Government's Motion to Dismiss Without Prejudice Defendant's Motion Pursuant to 28 U.S.C. § 2255 for Lack of Jurisdiction [Doc. 54] is **GRANTED**; (2) the Movant's motion to vacate, set aside, or correct an allegedly illegal federal sentence in accordance with 28 U.S.C. § 2255 [Doc. 42] is **DISMISSED WITHOUT PREJUDICE**; and (3) that Civil Action No. 20-CV-1070-MHC is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that a certificate of appealability is **DENIED** because Movant has not met the requisite standard.  See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).  Movant may not appeal the denial of his motion but may

seek a certificate from the United States Court of Appeals for the Eleventh Circuit under Federal Rule of Appellate Procedure 22. Rule 11(a), Rules Governing § 2255 Proceedings for the United States District Courts.

The Clerk is **DIRECTED** to close the civil case file.

**IT IS SO ORDERED** this 30th day of June, 2020.

_____
MARK H. COHEN
United States District Judge